NO. 07-11-00050-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 20, 2011

MICHAEL GARCIA, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 2637A; HONORABLE GORDON HOUSTON GREEN, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Michael Garcia, filed Notice of Appeal to appeal a judgment of conviction entered against him in cause number 2637A in the 287th District Court of Bailey County, Texas. However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at

appellant's request, no motion for rehearing will be entertained and our mandate will issue.

Mackey K. Hancock
Justice

Do not publish.